

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00045-CV

_____

IN THE INTEREST OF D.W.C., A CHILD

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 10-C-1122-202

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Steve Harrelson, counsel for the appellant in this matter, has filed a motion to extend time to file the appellant's brief.  The brief was due December 27, 2013.

In his motion, counsel does not provide a reasonable explanation of the need for an extension of time.  This Court interprets Texas Rule of Appellate Procedure 10.5(b)(2) as requiring counsel to provide specific information to justify a requested extension, including the cause numbers of other briefs filed, the dates they were filed, the dates of trials, how long those trials are expected to last, etc.  Broad, general statements do not provide the required facts and are not adequate to meet the requirements of the rule.  *See* TEX. R. APP. P. 10.5(b)(2).

All future motions to extend time must contain case-specific information adequate to justify the request, or they will be denied.

In this instance, we grant the motion and extend the deadline for filing appellant's brief by twenty-one days, making appellant's brief now due January 17, 2014.  Further requests for extensions will not be looked upon with favor.

IT IS SO ORDERED.

BY THE COURT

Date:   December 31, 2013